CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals
Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

June 3, 2015

Robert E. Richardson Jr.
Richardson Law Firm
118 S. Crockett St. Ste. 1
Sherman, TX 75090-5906

Karla Baugh-Hackett
Grayson District Attorney's Office
200 S. Crockett, Ste 100
Sherman, TX 75090

Re:     **Cause : Jacob Lane Rowan V. State of Texas; 05-14-01310-CR**

Dear Attorneys:

Enclosed is a copy of the Opinion that issued on June 2, 2015 for the above-mentioned case. Please note the following typographical errors which have been corrected:

* Page 3, the word (in) has been added to read "Each child is in an", on the last paragraph.

Please replace your previous copy with the enclosed.

Sincerely,

Lisa Matz
Clerk of the Court

cc:     Brian K Gary'
        Kelly Ashmore
        Publishers